[Civil No. 1036.    Filed March 27, 1908.]

[95 Pac. 192.]

WESTERN ARIZONA RAILWAY COMPANY, a Corporation, Plaintiff and Appellant, v. FOSTER S. DENNIS, as Treasurer and Ex Officio Tax Collector of the County of Mohave, Territory of Arizona, and the COUNTY OF MOHAVE, TERRITORY OF ARIZONA, Defendants and Appellees.

APPEAL from a judgment of the District Court of the Fourth Judicial District, in and for the County of Mohave. Richard E. Sloan, Judge. Reversed with directions.

The facts are stated in the opinion.

T. J. Norton, U. T. Clotfelter, E. W. Camp, and Paul Burke, for Appellant.

Fred W. Morrison, District Attorney, and E. S. Clark, Attorney General, for Appellees.

DOAN, J.—The appeal in this case presents the same questions that we have determined in the case of the *Grand Canyon Railway Company, a Corporation, Appellant, v. J. R. Treat, as Treasurer and Ex Officio Tax Collector of the County of Coconino, Territory of Arizona, and the County of Coconino, Territory of Arizona, a Municipal Corporation, Appellees, ante,* p. 69, 95 Pac. 187, and upon the authority of that case the judgment of the lower court in this case is reversed, with directions to the district court to overrule the demurrer to the complaint.

KENT, C. J., and CAMPBELL and NAVE, JJ., concur.